**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 18, 2024.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00201-CV

---

**ALLYSON BRUPBACHER AND ALLYSON BRUPBACHER P.C., Appellants**

**V.**

**FOTIOS KALLERGIS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-252266**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 18, 2024. On March 27, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Zimmerer and Wilson.